IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01328-MSK-KMT

ENCAPSULATION TECHNOLOGY, LLC., a California limited liability company,

    Plaintiff,

v.

INSTACOTE, INC., an Ohio corporation,
THOMAS NACHTMAN, an individual,
CHARLES SMITH, an individual,
PMTECH INC., a Colorado corporation,
RICHARD S. HOGUE, an individual,
ALPHA GROUP & ASSOCIATES, L.L.C., a Colorado limited liability company, and
ROCK NEVEAU, an individual,

    Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the Motion to Dismiss Pursuant to Fed.R.Civ.P. 41(a)(2) (Motion) **(#8)** filed July 18, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 18th day of July, 2008.

                                              BY THE COURT:

                                              */s/ Marcia S. Krieger*
                                              _____

Marcia S. Krieger  
United States District Judge